```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division
                                       )
SIGNATURE FLIGHT SUPPORT               )
CORPORATION,                           )
                                       )
      Plaintiff,                       )
                                       )
                                       )
         v.                            )   1:08cv955 (JCC/TRJ)
                                       )
                                       )
LANDOW AVIATION LIMITED                )
PARTNERSHIP,                           )
                                       )
      Defendant.                       )
                                       )
```

**O R D E R**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Judgment is ENTERED in favor of Defendant Landow Aviation Limited Partnership as to Count II (Breach of Contract) of Plaintiff Signature Flight Support Corporation's Complaint;

(2) Judgment is ENTERED in favor of Defendant Landow Aviation Limited Partnership as to Count IV (Accounting and Disgorgement) of Plaintiff Signature Flight Support Corporation's Complaint;

(3) Judgment is ENTERED in favor of Plaintiff Signature Flight Support Corporation as to Plaintiff's request for Declaratory Judgment (Count I).  The Court hereby DECLARES that,

for the remaining duration of the GSA, (1) Signature has the exclusive right to service transient aircraft on the Dulles Jet Center premises except for a limited class of guests, visitors and invitees affiliated with or visiting Landow or Landow's tenants for specific business purposes; and (2) Landow must cease and desist from servicing transient aircraft, as well as from holding itself out as or acting as an FBO, from providing the services of an FBO unless otherwise allowed, and from preventing Signature from accessing the Dulles Jet Center ramp for uses in the manner consistent with the GSA;

     (4) Judgment is ENTERED in favor of Plaintiff Signature Flight Support Corporation as to its request for Permanent Injunction (Count V).  The Court hereby ENJOINS Defendant Landow Aviation Limited Partnership, its agents, servants, and employees, for the remaining duration of the GSA, from: (1) acting or holding Dulles Jet Center out as an FBO; (2) soliciting and servicing transient aircraft; (3) handling and servicing transient aircraft approaching the Signature or Dulles Jet Center ramps and invoicing for and collecting fees for these services or otherwise interfering with Signature's ability to perform these functions other than for the limited class of guests, visitors and invitees previously recognized; and (4) preventing Signature from using the Dulles Jet Center ramp to park Signature's overflow transient or other aircraft or interfering with

Signature's ability to perform these functions in the manner consistent with the GSA;

(5)  Judgment is ENTERED in favor of Counterclaim Defendant Plaintiff Signature Flight Corporation as to Count I (Declaratory Judgment) and Count III (Declaratory Judgment) of Counterclaim Plaintiff Landow Aviation Limited Partnership's Counterclaims;

(6) the Court finds that Plaintiff Signature Flight Corporation substantially prevailed in this litigation and orders Signature, pursuant to Section 19.1(n) of the GSA, to submit a petition for reasonable attorneys' fees and costs no later than fifteen (15) days from the date of the entry of this Order; and Landow shall submit a response to Signature's attorneys' fees petition no later than thirty (30) days from the date of the entry of this Order; and

(7) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all Counsel of Record.

THIS ORDER IS FINAL.

March 17, 2010                            /s/
Alexandria, Virginia              James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE